◯ AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Joseph Dixon

V.

Roberto Rodriguez and
AHR Construction, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 06-597 JNE/JJG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff's "Application to Proceed Without Prepayment of Fees" is DENIED.
2. This action is DISMISSED for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

|  |  |
|---|---|
| April 17, 2006 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/Sara Brennan |
| | (By)   Sara Brennan,   Deputy Clerk |

Form Modified: 09/16/04