

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
|---|---|---|---|
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

## TRANSMITTAL OF APPEAL

**Date:** May 22, 2006
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Victoria Moralez, Deputy Clerk

**In Re:** District Court Case No.:   06cv597 JNE/JJG
Eighth Circuit Case No.:
Case Title:   Dixon v Rodriquez

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- x   Notice of Appeal
- x   Order/Judgment appealed from
- x   Docket Entries
-     Fee Payment:
    -     The statutory filing fee has been paid, receipt # .
    -     The statutory filing fee has not been paid as of May 22, 2006.
    - x   The statutory filing fee has been waived:
        -     USA filed appeal
        - x   In Forma Pauperis:      Motion Pending      Pro Se   x   Prisoner

cc: Counsel; Court Reporter

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- x   Original File(s), consisting of 1 file(s).
- x   Two certified copies, and one uncertified copy of updated docket sheet from 5/22/06.
-     Designated Clerk's Record # .
-     Other:
-     Transcript(s):  (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: _____   Received by: _____

Date Returned to USDC: _____

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

### NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial:     days

Financial Status:

   Fee Paid? _____ Yes, receipt #

                _x_ No, motion for IFP pending?     _____ Yes  _x_ No

                                                   _____ Prisoner     _x_ Pro Se

   USA filed appeal?     _____ Yes   _x_ No

   Are there any other pending post-judgment motions?     _____ Yes   _x_ No

Is there any keen local interest in this case?     _____ Yes   _x_ No

Was a court reporter utilized?     _____ Yes   _x_ No

   If yes, please identify the court reporter:
   Name:
   Address:

   Phone:

_____ Forms A & B were not enclosed; mailed to counsel.

_____ Forms A & B were given to counsel at the counter.

_x_ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

                                                                           s/Victoria Moralez

                                                                                  Victoria Moralez, Deputy Clerk