## UNITED STATES COURT OF APPEALS

### FOR THE EIGHTH CIRCUIT

No.   06-2544

Joseph Dixon,

    Appellant,

vs.

Roberto Rodriquez; AHR Construction, Inc.,

    Appellees.

Appeal from the United States District Court for the District of Minnesota

### JUDGMENT

This court has reviewed the original file of the United States District Court. It is ordered by the court that the district court's judgment dismissing the case for lack of subject matter jurisdiction is summarily affirmed. See Eighth Circuit Rule 47A(a).

(5361-010199)

December 8, 2006

CLERK US DIST COURT
MINNEAPOLIS MN

Order Entered at the Direction of the Court

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS FEB 0 2 2007
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
U.S. DISTRICT COURT MPLS